371 A.2d 247

Guralnik, Appellant, v. Philadelphia
Transportation Company, et al.

Argued June 22, 1976. Arnold
Machles, with him Lorry, Machles & Hymowitz, for appellant; Lawrence L. Robinson, with him Joseph R.
Thompson, for appellees.

Order affirmed.

VAN der VOORT, J., dissents.

364 A.2d 950

Johnson, Appellant, v. Putt.

Argued April 14, 1976.
Clarence M. Holloway, with him William E. Gibbons, for
appellant; H. N. Rosenberg, with him Rosenberg, Kirshner & Kalengher, for appellee.

Judgment affirmed.